## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHIEFTAIN ROYALTY COMPANY, | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **Case 5:11-cv-00212-R** |
| | ) |
| **vs.** | ) |
| | ) |
| QEP ENERGY COMPANY, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## QEP'S RESPONSE TO SUPPLEMENTAL AUTHORITY

Plaintiff's Notice of Supplemental Authority filed February 24, 2012 (Doc. 81) attaches a recent order in *Fankhouser v. XTO Energy, Inc*., No. CIV-07-798-L.  As reflected in the order (at 1-2), that case is a certified class action covering gas sold to a single purchaser and processed in a single gas plant.  The portion of the order addressing extraction of NGLs and processing costs (at 6-7) supports QEP's position that a statewide class should not be certified in *Chieftain*, because of the factual issues that must be determined on a field-by-field basis and that will vary from field-to-field, in a case involving 50 fields.

In addition, the order (at 6) distinguishes this Court's order in *Naylor Farms* regarding lease language on the ground that, in *Fankhouser*, the contracts are between affiliates, whereas in *Naylor Farms*, they were arm's-length.  *Chieftain*, like *Naylor Farms*, involves arm's-length contracts.

Dated:  February 28, 2012.

Respectfully submitted,


*/s/ John F. Shepherd*
John F. Shepherd P.C., OBA No. 20569
Barry C. Bartel, Colo. Bar No. 23040
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202-3979
Phone: 303-295-8000
Fax: 303-295-8261
JShepherd@hollandhart.com
BCBartel@hollandhart.com


Max C. Tuepker, OBA No. 9117
MAX C. TUEPKER, P.C.
1322 N. Walker Avenue
Oklahoma City, Oklahoma  73103
Phone:  405-235-1700
Fax:  405-235-1714
mtuepker@tuepker.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2012, I electronically transmitted the attached

document to the Clerk of Court using the ECF System for filing.  Based on the records

currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the

following ECF registrants:

Robert N. Barnes
Patranell Britten Lewis
BARNES & LEWIS LLP
720 NW 50th Street
Oklahoma City, OK  73118
rbarnes@barneslewis.com
plewis@barneslewis.com

Jeffrey J. Angelovich
Lisa P. Baldwin
Mike Angelovich
NIX, PATTERSON & ROACH, LLP
3600 N. Capital of Texas Hwy
Building B, Suite 5
Austin, TX  78746
jangelovich@npraustin.com
lbaldwin@npraustin.com
mangelovich@npraustin.com

Brad E. Seidel
Susan Whatley
Bradley Earl Beckworth
NIX, PATTERSON & ROACH, LLP
205 Linda Drive
Daingerfield, TX  75638
bradsweidel@nixlwfirm.com
susanwhatley@nixlawfirm.com

D. Neil Smith
NIX, PATTERSON & ROACH, LLP
5215 N. O'Connor Blvd.
Suite 1900
Irving, TX  75039
dneilsmith@mac.com
tracyrector.nixlaw@me.com

*/s/ John F. Shepherd*
John F. Shepherd

5433186_1.DOCX