# EXHIBIT B

| Date | Invoice | Vendor | Amount | Total |
|---|---|---|---:|---:|
| **Chieftain Royalty v. QEP-Reimbursable Expenses as of 4/8/2016** | | | | |
| | | | | $ 1,245,031.27 |
| 25-Mar-2013 | Wire Transfer | Wells Fargo Bank, N.A. | 6,188.50 | |
| | | ►QEP's Share of Chieftain Escrow Account Setup costs. | | |
| 11-Mar-2013 | 0313.033 | Zeebco (analysis of DOMs) | 22,944.00 | |
| 22-Mar-2013 | 287 | Surge Energy Technologies | 7,712.50 | |
| 05-Apr-2013 | 294 | Surge Energy Technologies | 9,700.00 | |
| 01-Apr-2013 | 032013-01 | Matlin Petroleum Corporation | 13,987.95 | |
| 01-Apr-2013 | 001 | Kari Bouse | 1,008.00 | |
| 08-Apr-2013 | 0413.041 | Zeebco (analysis of DOMs) | 23,123.00 | |
| 18-Apr-2013 | 55206 | Reagan Resources, Inc. | 848.83 | |
| 19-Apr-2013 | 301 | Surge Energy Technologies | 3,237.50 | |
| 01-May-2013 | 042013-02 | Matlin Petroleum Corporation | 7,500.00 | |
| 02-May-2013 | 13-547 | Rust Consulting | 39,473.93 | |
| 02-Mar-2013 | 03201302 | Matlin Petroleum Corporation | 5,625.00 | |
| 31-May-2013 | 13-765 | Rust Consulting | 67,644.89 | |
| 01-Jun-2013 | 052013-1 | Matlin Petroleum Corporation | 5,100.00 | |
| 04-Jun-2013 | 6413 | Dbouse Inc./David Bouse | 1,500.00 | |
| 12-Jun-2013 | 55663 | Reagan Resources, Inc. | 916.36 | |
| 14-Jun-2013 | 61413 | Dbouse Inc./David Bouse | 2,700.00 | |
| 22-Jun-2013 | 13-880 | Rust Consulting | 12,371.85 | |
| 02-Jul-2013 | 120 | Matlin Petroleum Corporation | 2,175.00 | |
| 15-Jul-2013 | 55849 | Reagan Resources, Inc. | 1,700.96 | |
| 15-Jul-2013 | 71513 | Dbouse Inc./David Bouse | 450.00 | |
| 01-Aug-2013 | 8-04 | Matlin Petroleum Corporation | 4,500.00 | |
| 07-Aug-2013 | 56039 | Reagan Resources, Inc. | 58.50 | |
| 07-Aug-2013 | 56040 | Reagan Resources, Inc. | 2,070.71 | |
| 03-May-2013 | 305 | Surge Energy Technologies | 9,087.50 | |
| 10-Aug-2013 | 13-5305 | Rust Consulting | 1,598.17 | |
| 16-Jul-2013 | 13-5601 | Rust Consulting | 1,806.48 | |
| 21-Aug-2013 | 56132 | Reagan Resources, Inc. | 141.94 | |
| 05-Sep-2013 | 9-05 | Matlin Petroleum Corporation | 3,075.00 | |
| 24-Sep-2013 | M-4 | Matlin Petroleum Corporation | 300.00 | |
| 31-Jul-2013 | 169569 | Barbara Ley | 38,215.70 | |
| 30-Sep-2013 | M-9 | Matlin Petroleum Corporation | 75.00 | |
| 26-Sep-2013 | 13-5520 | Rust Consulting | 2,332.65 | |
| 30-Sep-2013 | 17031 | Barbara A. Ley | 46,193.77 | |
| 07-Oct-2013 | July, Aug, Sep 2013 | Jennifer Hoyt | 1,000.00 | |
| 21-Oct-2013 | 17278 | Barbara Ley | 8,940.50 | |
| 16-Oct-2013 | 13-5624 | Rust Consulting | 3,565.06 | |
| 25-Nov-2013 | 13-5925 | Rust Consulting | 2,399.22 | |

| Date | Invoice | Vendor | Amount | Total |
|---|---|---|---|---|
| | | **Chieftain Royalty v. QEP-Reimbursable Expenses as of 4/8/2016** | | |
| 06-Nov-2013 | M-11-2 | Matlin Petroleum Corporation | 1,050.00 | |
| 24-Jul-2013 | 55940 | Reagan Resources, Inc. | 3,143.96 | |
| 24-Jul-2013 | 55941 | Reagan Resources, Inc. | 513.07 | |
| 17-Dec-2013 | 13-6069 | Rust Consulting | 1,991.36 | |
| 02-Apr-2013 | 167467 | Zenergy, Inc. | 2,694.00 | |
| 06-Jan-2014 | 123013-3 | Matlin Petroleum Corporation | 112.50 | |
| 28-Jan-2014 | 13-6385 | Rust Consulting | 1,569.72 | |
| 14-Mar-2014 | 14-196 | Rust Consulting | 21,299.09 | |
| 27-Mar-2014 | 14-355 | Rust Consulting | 33,273.44 | |
| 31-Mar-2014 | 0314-8 | Matlin Petroleum Corporation | 525.00 | |
| 28-Apr-2014 | 14-633 | Rust Consulting | 34,868.95 | |
| 01-May-2014 | 0414-5 | Matlin Petroleum Corporation | 1,375.00 | |
| 01-May-2014 | 0414-7 | Matlin Petroleum Corporation | 525.00 | |
| 28-May-2014 | 14-881 | Rust Consulting | 26,067.77 | |
| 23-Jun-2014 | 14-5078 | Rust Consulting | 37,291.72 | |
| 03-Jul-2014 | 0614-6 | Matlin Petroleum Corporation | 1,250.00 | |
| 24-Jul-2014 | 14-5280 | Rust Consulting | 42,077.30 | |
| 04-Aug-2014 | Wire Transfer | Reimbursement to Rust Consulting | 48,465.41 | |
| 26-Aug-2014 | 14-5672 | Rust Consulting | 25,025.42 | |
| 31-Mar-14 | 17774 | Barbara A. Ley | 7,313.19 | |
| 14-Jul-14 | 18025 | Barbara A. Ley | 16,870.63 | |
| 17-Sep-14 | 18382 | Barbara A. Ley | 2,553.65 | |
| 19-Sep-14 | 14-5832 | Rust Consulting | 28,554.67 | |
| 30-Sep-14 | 0914-5 | Matlin Petroleum Corporation | 500.00 | |
| 7-Oct-14 | 14-6023 | Rust Consulting | 23,122.28 | |
| 31-Oct-14 | 1014-5 | Matlin Petroleum Corporation | 750.00 | |
| 19-Nov-14 | 14-6374 | Rust Consulting | 29,325.57 | |
| 30-Nov-14 | 1114-8 | Matlin Petroleum Corporation | 875.00 | |
| 30-Dec-14 | 1214-2 | Matlin Petroleum Corporation | 1,375.00 | |
| 21-Jan-15 | 14-6929 | Rust Consulting | 24,015.39 | |
| 30-Jan-15 | 0115-2 | Matlin Petroleum Corporation | 875.00 | |
| 13-Feb-15 | 15-072 | Rust Consulting | 20,866.41 | |
| 9-Mar-15 | 15-284 | Rust Consulting | 14,197.88 | |

| Date | Invoice | Vendor | Amount | Total |
|---|---|---|---|---|
| | | **Chieftain Royalty v. QEP-Reimbursable Expenses as of 4/8/2016** | | |
| 17-Dec-14 | 14-6644 | Rust Consulting | 17,385.64 | |
| 28-Feb-15 | 0215-6 | Matlin Petroleum Corporation | 250.00 | |
| 31-Mar-15 | 0315-7 | Matlin Petroleum Corporation | 1,000.00 | |
| 15-Apr-15 | 15-541 | Rust Consulting | 22,964.71 | |
| 15-Apr-15 | 62101 | Reagan Resources, Inc. | 16,671.97 | |
| 29-Apr-15 | 62261 | Reagan Resources, Inc. | 18,699.04 | |
| 30-Apr-15 | 0415-2 | Matlin Petroleum Corporation | 1,500.00 | |
| 15-May-15 | 15-753 | Rust Consulting | 17,351.62 | |
| 13-May-15 | 62436 | Reagan Resources, Inc. | 28,945.00 | |
| 27-May-15 | 62580 | Reagan Resources, Inc. | 47,181.41 | |
| 10-Jun-15 | 62711 | Reagan Resources, Inc. | 44,269.08 | |
| 19-Jun-15 | 15-999 | Rust Consulting | 13,291.18 | |
| 30-May-15 | 0515-3 | Matlin Petroleum Corporation | 750.00 | |
| 24-Jun-15 | 62822 | Reagan Resources, Inc. | 38,637.35 | |
| 9-Jul-15 | 62943 | Reagan Resources, Inc. | 11,627.94 | |
| 15-Jul-15 | 15-5157 | Rust Consulting | 12,495.95 | |
| 30-Jun-15 | 0615-2 | Matlin Petroleum Corporation | 625.00 | |
| 22-Jul-15 | 63065 | Reagan Resources, Inc. | 5,469.93 | |
| 5-Aug-15 | 63196 | Reagan Resources, Inc. | 4,629.58 | |
| 14-Aug-15 | 15-5408 | Rust Consulting | 4,098.79 | |
| 14-Sep-15 | 15-5623 | Rust Consulting | 6,344.28 | |
| 30-Jul-15 | 0715-3 | Matlin Petroleum Corporation | 375.00 | |
| 21-Sep-15 | 18735 | Barbara A. Ley | 31,411.59 | |
| 14-Oct-15 | 15-5900 | Rust Consulting | 6,880.01 | |
| 30-Sep-15 | 0915-3 | Linda Beebe | 375.00 | |
| 30-Oct-15 | 1015-3 | Linda Beebe | 4,375.00 | |
| 23-Nov-15 | 15-6329 | Rust Consulting | 4,807.44 | |
| 14-Dec-15 | 15-6480 | Rust Consulting | 18,511.03 | |
| 31-Dec-15 | 20088 | Barbara A. Ley | 7,495.19 | |
| 30-Nov-15 | 10115-3 | Matlin Petroleum Corporation | 3,125.00 | |
| 8-Jan-16 | 15-6690 | Rust Consulting | 11,407.56 | |
| 30-Dec-15 | 1215-5 | Matlin Petroleum Corporation | 375.00 | |
| 19-Feb-16 | 16-161 | Rust Consulting | 10,544.96 | |
| 16-Mar-16 | 16-525 | Rust Consulting | 9,484.28 | |
| 13-Apr-16 | 16-689 | Rust Consulting | 6,093.89 | |
| | | **AMOUNT TO BE REIMBURSED TO QEP** | | $ 1,245,031.27 |